**STATE of Maine**

**v.**

**Larry LaBONTE.**

Supreme Judicial Court of Maine.

Submitted on Briefs Nov. 2, 1988.
Decided Nov. 4, 1988.

Janet T. Mills, Dist. Atty., Patricia Mador, Asst. Dist. Atty., South Paris, for plaintiff.

Tyler N. Kolle, Bermand, Simmons & Goldberg, Lewiston, for defendant.

Before McKUSICK, C.J., and ROBERTS, WATHEN, CLIFFORD, HORNBY and COLLINS, JJ.

Memorandum of Decision.

Larry LaBonte appeals from his conviction of operating under the influence following a jury trial in Superior Court, Oxford County (Silsby, J.). Contrary to LaBonte's contention, there is no possibility that the jury was misled by the court's charge viewed in its entirety. *See State v. Wright*, 531 A.2d 1270–71 (Me.1987).

The entry is:

Judgment affirmed.